UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCO TULIO MOLINA RAMOS, )<br><br>     Petitioner, )<br><br>v. )<br><br>PATRICIA HYDE et al., )<br><br>     Respondents. ) | Civil No. 26-12311-LTS |

JUDGMENT

June 23, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated June 23, 2026 (Doc. No. 17), the Petition

for Writ of Habeas Corpus is DENIED for the reasons the Court described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge